IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:17MJ129 |
| Plaintiff, | |
| vs. | ORDER |
| PASCUAL MANUEL RAYMUNDO, | |
| Defendant. | |

NOW ON THIS 13th day of June, 2017, this matter is before the Court on the United States' Motion to Dismiss Magistrate Case (Filing No. 5). The Court, being duly advised in the premises, finds said Motion should be sustained.

**IT IS HEREBY ORDERED:**

1. Leave of Court is granted for the United States to dismiss, without prejudice, the Complaint and Arrest Warrant filed herein as to the Defendant, Pascual Manuel Raymundo.

2. The Complaint and Arrest Warrant filed herein are hereby dismissed, without prejudice, as they pertain to the Defendant, Pascual Manuel Raymundo.

Dated this 13th day of June, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge